# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| Shenzhen Keenray Innovations Limited </br> *Plaintiff* </br> v. </br> Global Proton LLC </br> *Defendant* | Case No. 23-cv-01855-STV |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Shenzhen Keenray Innovations Limited.

Date: 07/21/2023

/s/ TAO LIU
*Attorney's signature*

TAO LIU, NY 5741665
*Printed name and bar number*

GLACIER LAW LLP
41 MADISON AVENUE SUITE 2529,
NEW YORK, NY 10010
*Address*

tao.liu@glacier.law
*E-mail address*

(332) 208-1505
*Telephone number*

(312) 801-4587
*FAX number*